IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

v.                    Civil No. 05-2058

PREMISES KNOWN AS 661 SIX MILE ROAD,
MAGAZINE, ARKANSAS, WITH ALL
APPURTENANCES AND IMPROVEMENTS THEREIN,

AND

PREMISES KNOWN AS 3136 BLYTHE ROAD,
BOONEVILLE, ARKANSAS, WITH ALL
APPURTENANCES AND IMPROVEMENTS THEREIN,
   Defendants.

## **CONSENT DECREE OF FORFEITURE**

On April 7, 2005, a Verified Complaint of Forfeiture was filed against the defendant real properties described herein as Tracts One and Two. The Complaint alleges that the real property was used to commit or facilitate the commission of a violation of Title II of the Controlled Substances Act, 21 U.S.C.§ 801 et seq., punishable by more than one year's imprisonment, and is thereby forfeitable pursuant to 21 U.S.C. § 881(a)(7). An Amended Verified Complaint of Forfeiture was filed on April 20, 2005, correcting a legal description and physical address of one of the tracts.

The defendant real properties are located in Logan County, Arkansas, and are more particularly described as follows:

 a. Premises known as 661 Six Mile Road, Magazine, Arkansas, with all appurtenances and improvements therein, hereinafter referred to as Tract One:

All of Government Lots 11 and 12; All of the Northeast Quarter (NE1/4) Southwest Quarter (SW1/4) and part of the Southeast Quarter (SE1/4) of the Southwest Quarter (SW1/4) and part of the Northwest Quarter (NW1/4) of the Southwest Quarter (SW1/4) of Section 6, Township 6 North, Range 27 West, Logan County, Arkansas described as follows: Beginning at the SW corner of the SE1/4 SW1/4; thence N 3 deg. 35'09" E along the west line thereof, a distance of 892.09 feet; thence S 89 deg. 59'54" E to and along a fence line, a distance of 188.88 feet; thence N 1 deg. 00'33" E along a fence line, a distance of 247.77 feet; thence N 82 deg. 28'42" W along a fence line, a distance of 177.79 feet to a point on the west line of the SE1/4 SW1/4; thence N 3 deg. 35'09" E a distance of 152.07 feet; thence S 87 deg. 25'59" E a distance of 1321.80 feet; thence S 3 deg. 20'42" W along the east line of said SE1/4 SW1/4 a distance of 601.21 feet; thence S 89 deg. 40'30" W along a fence line, a distance of 476.61 feet; thence S 1 deg. 55'15" W along a fence line, a distance of 685.67 feet to a point on the south line of the SE1/4 SW1/4; thence N 87 deg. 44'23" W along said south line, a distance of 868.78 feet to the point of beginning.

**ALSO,** part of the NW1/4 SW1/4 described as follows:
Commencing at the SE corner of the NW1/4 SW1/4, thence N 3 deg. 35'09E along the east line thereof, a distance of 165.00 feet to the point of beginning; thence N 87 deg. 07'44" W a distance of 165.00 feet; thence N 3 deg. 35'08" E a distance of 396.00 feet; thence S 87 deg. 07'44" E a distance of 165.00 feet; thence S 3 deg. 35'08" W a distance of 396.00 feet to the point of beginning.

**LESS AND EXCEPT:** An Easement described as commencing at the Southwest corner of the SE1/4 of the SW1/4, Section 6, Township 6 North, Range 27 West, running thence North 1079.7 feet; thence running East 211 feet to the point of beginning; said easement lying 5 feet on either side of the following line; thence fun North 398 feet; thence run North 24 deg. 0 minutes West 291.5 feet to an existing well.

**ALSO LESS AND EXCEPT:** An existing right of way for road purposes lying 20 feet on both sides of the line described as beginning at a point 20 East of the Southwest Corner of the SE1/4 of the SW1/4 and running thence North 869.8 feet. ALL LANDS REFERRED TO LYING IN SECTION 6, T6N, R27W.

**LESS AND EXCEPT ALL OF THE OIL, GAS, COAL AND ALL OTHER MINERALS IN, ON AND UNDER SAID LANDS.**

b. Premises Known as 3136 Blythe Road, Booneville, Arkansas, with all appurtenances and improvements therein, hereinafter referred to as Tract Two:

All of that part of the E ½ SW 1/4, of Section 4, Township 5 North, Range 29 West, lying North of County Road #22, commonly known as the Barber Valley Road containing Forty (40) acres more or less, less and except one-half (1/2) of all mineral rights.

Tract One was acquired by R.D. Bollinger, by warranty deed, from Delagua Investments N.V., by Curacao Corporation Company N.V., on or about August 1, 1997.

Tract Two was acquired by Robert D. Bollinger and Evelyn L. Bollinger, husband and wife as tenants by the entirety, from Bobbie and Karen Diamond, by warranty deed on or about January 31, 1986.

It appearing that process was fully issued in the action and returned according to law:

That pursuant to Warrant of Arrest and Notice In Rem issued by the Court, the United States Marshal posted said properties on April 26, 2005.

On April 26, 2005, Robert D. Bollinger and Evelyn Lois Bollinger received personal service by the United States Marshal. They filed their Amended Statement of Interest and Answer to Amended Complaint on May 20, 2005.

On May 3, 2005, Larry Bollinger received personal service by the United States Marshal. No Statement of Interest or Answer has been filed on his behalf, and he is hereby in default.

On June 29, July 7, 13, 2005, notice of forfeiture was published in the Booneville Democrat, a newspaper of general circulation in the county in which the defendant real properties are located. No other claims have been filed.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

(1) That pursuant to the agreement of the parties, the defendant real property referred to as Tract One with the physical address of 661 Six Mile Road, Magazine, Arkansas, with

all appurtenances and improvements thereon, is hereby forfeited to the United States of America to be disposed of according to law;

(2) This civil forfeiture action is hereby dismissed against the remaining parcel known herein as Tract Two with the physical address of 3135 Blythe Road, Booneville, Arkansas;

(3) That pursuant to 28 U.S.C. § 2465, reasonable cause existed for the posting of the defendant real properties;

(4) That the United States Marshal's costs associated with the posting, management, and/or sale of the defendant properties shall be paid from the proceeds of the sale of the parcel which has been declared forfeited to the United States.

IT IS SO ORDERED this 9th day of September, 2005.

APPROVED:

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

_____
/s/ David R. Ferguson, Assistant United States
Attorney for Plaintiff, United States of America

_____
/s/ Barry D. Neal, Attorney for Claimants,
Robert D. Bollinger, and Evelyn L. Bollinger